1 ALEXANDER G. CALFO (SBN 152891)
   *ACalfo@yukelaw.com*
2 KELLEY S. OLAH (SBN 245180)
   *KOlah@yukelaw.com*
3 GABRIELLE ANDERSON-THOMPSON (SBN 247039)
   *ganderson-thompson@yukelaw.com*
4 YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
5 Los Angeles, CA  90071-1560
Telephone:      (213) 362-7777
6 Facsimile:       (213) 362-7788

7 Attorneys for Defendants
JOHNSON & JOHNSON SERVICES, INC.,
8 JOHNSON & JOHNSON (erroneously sued as
"Johnson & Johnson, Inc."), and DEPUY
9 ORTHOPAEDICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOAN KOPLIN and DONALD KOPLIN, | CASE NO. CV12-02998-EDL |
| Plaintiffs, | [~~PROPOSED~~] ORDER RE STIPULATION TO STAY PROCEEDINGS |
| vs. | JURY TRIAL DEMANDED |
| JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS SCHMALZRIED, M.D.; PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN STATE ORTHOPAEDICS, INC.; and DOES ONE through ONE HUNDRED, | |
| Defendants. | |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs JOAN KOPLIN and DONALD KOPLIN and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc.") (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

    1. The Parties' request for a stay of proceedings is GRANTED;

    2. All proceedings in this action are hereby stayed, pending a decision by the Judicial

Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/25, 2012

Hon. ~~Elizabeth D. Laporte~~
RICHARD SEEBORG

771848.1 / 25-231

2

CV12-02998-EDL

[~~PROPOSED~~] ORDER RE STIPULATION TO STAY PROCEEDINGS