1  ALEXANDER G. CALFO (SBN 152891)
     *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
     *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
     *ganderson-thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 362-7777
6  Facsimile:      (213) 362-7788

7  Attorneys for Defendants
   JOHNSON & JOHNSON SERVICES, INC.,
8  JOHNSON & JOHNSON (erroneously sued as
   "Johnson & Johnson, Inc."), and DEPUY
9  ORTHOPAEDICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOAN KOPLIN and DONALD KOPLIN,<br><br>           Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS SCHMALZRIED, M.D.; PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN STATE ORTHOPAEDICS, INC.; and DOES ONE through ONE HUNDRED,<br><br>           Defendants. | CASE NO. CV12-02998-EDL<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO STAY PROCEEDINGS<br><br>JURY TRIAL DEMANDED |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs JOAN KOPLIN and DONALD KOPLIN and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc.") (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

   1.   The Parties' request for a stay of proceedings is GRANTED;

   2.   All proceedings in this action are hereby stayed, pending a decision by the Judicial

1  Panel on Multidistrict Litigation on whether this case should be transferred to *In re*
2  *DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*,
3  MDL Docket No. 2244.
4  3.  All deadlines, including any deadlines relating to a potential remand motion and
5  any outstanding responsive pleading, are extended until 30 days after the entry of a
6  joint Case Management Order in the MDL addressing remand briefing.
7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __6/25____, 2012            _____
                                    Hon. ~~Elizabeth D. Laporte~~
                                    RICHARD SEEBORG

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788